UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LECHARLES EDWARD BALDON SR.,<br><br>Defendant. | Case No. 3:17-cr-00007-LRH-CLB<br><br>ORDER RE:<br><br>**STIPULATION TO CONTINUE RESENTENCING HEARING**<br><br>**(First Request)** |

Defendant Lecharles Baldon, by and through his counsel of record, Justin J. Bustos of Dickinson Wright PLLC, and Plaintiff United States of America by and through its counsel of record, Megan Rachow, Assistant United States Attorney, hereby stipulate that the sentencing hearing scheduled for August 20, 2020 at 11:00 a.m. should be continued to September 16, 2020 at 11:00 a.m.

This Stipulation is entered into for the following reasons:

1. Mr. Baldon is currently in the custody of the Bureau of Prisons and is serving his original sentence as FCI Mendota.

2. United States Probation disclosed Mr. Baldon's revised Presentence Investigation Report on August 6, 2020.

3. As a result of Mr. Baldon's current location, and due to the COVID-19 pandemic, defense counsel is unable to meet with Mr. Baldon in person to discuss the revised Presentence

Investigation Report. As a result, defense counsel needs additional time to confer with Mr. Baldon and prepare for the resentencing hearing.

4. This stipulation is entered into in good faith for the reasons stated and not for the purpose of delay.

| DATED this 7th day of August, 2020. | DATED this 7th day of August, 2020. |
|---|---|
| DICKINSON WRIGHT PLLC | U.S. ATTORNEY'S OFFICE |
| /s/ Justin J. Bustos<br>JUSTIN J. BUSTOS<br>Nevada Bar No. 10320<br>100 W. Liberty St., Ste. 940<br>Reno, NV 89501<br>(775) 343–7500<br>(844) 670-6009<br>jbustos@dickinson-wright.com<br><br>*Attorneys for Defendant Lecharles Baldon* | /s/ Megan Rachow<br>MEGAN RACHOW<br>Bruce R. Thompson Courthouse<br>and Federal Building<br>400 South Virginia Street<br>Suite 600<br>Reno, NV 89501<br>(775) 784-5438<br>(775) 784-5181<br>Megan.Rachow@usdoj.gov<br><br>*Attorneys for the United States of America* |

\* \* \*

**ORDER**

IT IS HEREBY ORDERED that the resentencing hearing currently scheduled for August 20, 2020 at 11:00 a.m. is continued and rescheduled for September 16, 2020 at 11:00 a.m.

IT IS SO ORDERED.

DATED this 11th day of August, 2020.

_____
HONORABLE LARRY R. HICKS